# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-629 SVW (JTLx) | Date | February 24, 2009 |
|---|---|---|---|
| Title | Carpenter v. Canoga Park Medical Plaza, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER REMANDING CASE TO STATE COURT [JS-6]

    On February 3, 2009, the Court ordered the removing defendant to show cause why the case should not be remanded to state court due to the defendant's untimely removal. The defendant has now informed the Court that it does not oppose remand to state court. Accordingly, this action is hereby REMANDED to state court.

                                                                                    :
                                        Initials of Preparer            PMC